**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| VINCENT TORRE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:25-cv-00118-NT |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On April 1, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 3) after a preliminary review of the Plaintiff's complaint (ECF No. 1) under 28 U.S.C. § 1915. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 28th day of April, 2025.